LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIENE QUICKLEY, AKA ADRIENE MCDANIELS,<br><br>Defendant | No. CV A 11-**5200**<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Adriene Quickley, aka Adriene McDaniels, in the principal amount of $1,797.35 plus interest accrued to May 18, 2011, in the sum of $2,152.54; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$3,949.89**.

DATED: July 13, 2011    By: _____Terry Nafisi_____
                              Clerk of the Court

                              _____A. Martinez_____
                              Deputy Clerk
                              United States District Court